# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

WINSTON BICKHAM,

       Plaintiff,

    v.                                                            Case No. 16-CV-1140 (JNE/KMM)
                                         **ORDER**

CAROLYN W. COLVIN, *Commissioner of
Social Security*,

       Defendant.

    This matter is before the Court on a Report and Recommendation ("R&R") issued by the Honorable Katherine Menendez, United States Magistrate Judge, on October 27, 2016. (Docket No. 21.) The R&R was issued in response to Plaintiff Winston Bickham's Motion for Summary Judgment (Dkt. No. 14) and Defendant Carolyn W. Colvin's, Acting Commissioner of Social Security, Unopposed Motion to Reverse and Remand and for Entry of Final Judgment (Dkt. No. 17). The R&R recommends granting the Commissioner's Motion, deeming Bickham's Motion moot, and remanding the case to the Commissioner. (*See* Dkt. No. 21.) Both parties have indicated they do not object to remand. (*See* Dkt. Nos. 19, 22.)

    The Court has conducted a de novo review of the record. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3); D. Minn. LR 72.2(b)(3). Based on that review, the Court accepts the R&R's recommended disposition.

    Therefore, IT IS ORDERED THAT:

    1.      The Commissioner's Unopposed Motion to Reverse and Remand and for Entry of Final Judgment [Dkt. No. 17] is GRANTED.

    2.      Plaintiff's Motion for Summary Judgment [Dkt. No. 14] is DENIED AS MOOT.

3.    The Commissioner's decision is REVERSED, and the case is
      REMANDED to the Commissioner, pursuant to sentence four of 42
      U.S.C. § 405(g), for further administrative proceedings.

LET JUDGMENT BE ENTERED ACCORDINGLY.


Dated: November 22, 2016

                                    s/Joan N. Ericksen
                                    JOAN N. ERICKSEN
                                    United States District Judge